AO 93   (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

In the Matter of the Search of

*(Briefly describe the property to be searched*
*or identify the person by name and address)*

IN THE MATTER OF THE SEARCH OF INFORMATION
ASSOCIATED WITH FACEBOOK USER ID
@ElqJuzgMicaminoLeprestoMisZapatos THAT IS STORED
AT PREMISES CONTROLLED BY FACEBOOK INC.

)
)
)
)
)
)
)

Case No.   18-1718(M)

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the     Judicial               District of   Puerto Rico
*(identify the person or describe the property to be searched and give its location)*:

**See Attachment A**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be
seized)*:

**See Attachment B of Affidavit in Support of Application of Search Warrant**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before:    11/19/18
*(not to exceed 10 days)*

☐ in the daytime   6:00 a.m. to 10 p.m.       ☒ at any time in the day or night as I find reasonable cause has been
established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an
inventory as required by law and promptly return this warrant and inventory to ~~United States Magistrate Judge~~
__Clerk's office__ .
*(name)*

I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay
of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be
searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     NOV  5 2018  4:44PM _____

*Judge's signature*

City and state:    SAN JUAN, PUERTO RICO          U.S. MAGISTRATE CAMILLE L. VÉLEZ-RIVÉ

*Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | 11/6/2018   13:42 | Facebook Record |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized;

Facebook account El g Sur Mi camino Le presto Mis Zapatos.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/6/2018

_Hereida Sanchez Cruz TFA_
_Executing officer's signature_

HEREIDA SANCHEZ CRUZ TFA
_Printed name and title_